IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| James Willie Elkins Jr., | ) | C/A No.: 1:14-1549-JFA-SVH |
| Petitioner, | ) | |
| vs. | ) | ORDER |
| Warden Leroy Cartledge, | ) | |
| Respondent. | ) | |

This matter comes before the court on Petitioner's motion for reconsideration of the denial of his motions for a copy of his petition. [Entry #19]. Plaintiff's motion for reconsideration is denied. The court does not provide free copies to litigants. Therefore, to the extent Petitioner seeks a free copy of his petition, his request is denied. The Clerk's Office charges 50 cents per page for copies. If Petitioner wishes to purchase a copy of his petition, he may contact the Clerk of Court at 803-765-5816 or 901 Richland Street, Columbia, SC 29201 to make payment arrangements.

IT IS SO ORDERED.

July 22, 2014  
Columbia, South Carolina

Shiva V. Hodges  
United States Magistrate Judge